Matthew K. Peterson
Monique R. Renner
Clapp, Peterson, Van Flein,
　Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, AK 99501
(907) 272-9272 – phone
(907) 272-9586 – fax
usdc-anch-ntc@cplawak.com
Attorneys for Defendants Emil
Bardana, Jr., MD, Brent
Burton, MD, Donna Wicher, PhD, PC,
Oregon Health and Science University,
OHSU Medical Group, University
Medical Group, Inc. and Oregon
Health Sciences University
Medical Group

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BETTY G. CAREY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| EMIL BARDANA, JR., MD; BRENT ) | |
| BURTON, MD; DONNA WICHER, ) | |
| PhD, PC; OREGON HEALTH ) | |
| AND SCIENCE UNIVERSITY; OHSU ) | |
| MEDICAL GROUP; UNIVERSITY ) | |
| MEDICAL GROUP, INC.; OREGON ) | |
| HEALTH SCIENCES UNIVERSITY ) | Civil Action No.: 3-10-cv-_____ |
| MEDICAL GROUP; SEABRIGHT ) | |
| INSURANCE COMPANY; SEARIVER ) | |
| MARITIME, INC.; JOHN/JANE/ ) | **NOTICE OF REMOVAL** |
| ENTITY/DOE(S)(1-100), ) | |
| ) | |
| Defendants. ) | |
| _____) | |

NOTICE OF REMOVAL
*Carey v. Bardana, et al.*, Case No.: 3-10-cv-_____
Page 1 of 8

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§1441 and 1446, defendants Emil Bardana, Jr., MD., Brent Burton, MD, Donna Wicher, PhD, PC, Oregon Health and Science University, OHSU Medical Group, University Medical Group, Inc. and Oregon Health Sciences University Medical Group (hereinafter "Removing Defendants"), hereby remove the above-entitled case from the Superior Court for the State of Alaska, First Judicial District at Juneau, Case No. 1JU-10-411 CI, to the United States District Court for the District of Alaska, based on diversity jurisdiction on the following grounds:

## THE REMOVED CASE

1. The removed case is a medical malpractice case filed on or about February 5, 2010, in the Superior Court for the State of Alaska, First Judicial District at Juneau, and is styled, *Betty G. Carey v. Emil Bardana, Jr., MD; Brent Burton, MD; Donna Wicher, PhD, PC; Oregon Health and Science University; OHSU Medical Group; University Medical Group, Inc.; Oregon Health Sciences University Medical Group; Seabright Insurance Company; SeaRiver Maritime, Inc.; John/Jane Entity/Doe(s) (1-100)*, Case No. 1JU-10-411 CI.

2. Removing Defendants Emil Bardana, Jr., MD, Brent Burton, MD and Oregon Health and Science University received first notice of the Summons and Complaint on February 8, 2010 when the Oregon Heath and Science University Risk Management Department received copies of the Summons and Complaint addressed to these defendants via U.S. Certified Mail. (*See* Exhibit A) Removing

Defendant Donna Wicher, PhD, PC received first notice of the Summons and Complaint on or about February 5, 2008 and on February 8, 2010. (*See Id.* p.4). Removing Defendants University Medical Group, Inc. and Oregon Health Sciences University Medical Group received first notice of the Summons and Complaint on February 16, 2010 when the Oregon Heath and Science University Risk Management Department received copies of the Summons, Complaint and First Amended Complaint addressed to these Defendants via U.S. Certified Mail. (*See Id.*, p. 5-6) Removing Defendant OHSU Medical Group received notice of the Summons and Complaint on February 17, 2010 when it received copies of the Summons, Complaint and First Amended Complaint via U.S. Certified Mail. (*See Id.*, p.7)

3. In the First Amended Complaint (Exhibit B) filed by Plaintiff Betty G. Carey ("Plaintiff"), Plaintiff asserts medical malpractice related to certain independent medical examinations ("IMEs") performed by Removing Defendants Dr. Emil Bardana, Jr., Dr. Brent Burton and Donna Wicher, PhD. (*See* Exhibit B, Complaint at ¶ 6 -12).

4. Plaintiff alleges that Removing Defendants Emil Bardana, Jr., MD, Brent Burton, MD and Dr. Wicher were negligent in their performance of the IMEs and committed medical malpractice and/or were negligent, causing her to: suffer

NOTICE OF REMOVAL
*Carey v. Bardana, et al., Case No.: 3-10-cv-_____*
Page 3 of 8

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

injury and damages.[1] (*Id.* at ¶ 14). Plaintiff seeks compensatory damages in an amount greater than $100,000.00 (*Id.*, page 1).

## REMOVAL TO THIS COURT IS TIMELY AND APPROPRIATE

5. This action could have originally been filed in this Court pursuant to 28 U.S.C. §1332 because there is complete diversity between the parties and the mount in controversy is in excess of the statutory requirement of $75,000.

6. Removal is timely because the Removing Defendants removed the case within 30 days of the their first notice of the Summons and Complaint (*See* Exhibit A, Proofs of Service); 28 U.S.C. §1446(b).

7. Plaintiff alleges that the amount in controversy, exclusive of interest and costs, exceeds $75,000, as required by 28 U.S.C. §1332(a). (*See* Complaint, page 1); *Gaus v. Miles, Inc.*, 980 F.2d 564, 576 (9th Cir. 1992), *accord Luckett v. Delta Airlines, Inc.*, 171 F.3d 295, 298 (5th Cir. 1999) (noting that a defendant can establish the amount in controversy by the allegations in a complaint).

8. There is diversity of citizenship between the parties pursuant to 28 U.S.C. §1332(a). The Complaint alleges that Plaintiff is a resident of Juneau, Alaska. (Exhibit B, Complaint, ¶1). State citizenship for diversity purposes requires that the individual be domiciled in that state. *Kantor v. Wellesley Galleries, Ltd.*, 704 F.2d 1088, 1090 (9th Cir. 1983). A person's domicile is the

---

[1] While Plaintiff named OHSU Medical Group, University Medical Group, Inc. and Oregon Health Sciences University Medical Group as additional defendants in her First Amended Complaint, the First Amended Complaint does not contain any specific allegations against these defendants.

NOTICE OF REMOVAL
*Carey v. Bardana, et al.*, Case No.: 3-10-cv-_____
Page 4 of 8

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

place he or she resides with the intention to remain or to which he or she intends to return. *Kanter v. Warner-Lambert Co.*, 265 F.3d 853, 857 (9th Cir. 2001). A party's residence is "prima facie" evidence of domicile. *Smith v. Simmons*, No. 1:05CV01187(OWW), 2008 U.S. Dis. LEXIS 21162, at *22 (E.D. Cal. March 14, 2008); *State Farm Mut. Auto. Ins. Co. v. Dyer*, 19 F.3d 514, 520 (10th Cir. 1994).

9. The Complaint further correctly alleges that the principle place of business of Removing Defendants Bardana, Burton, Wicher and Oregon Health and Science University are located within the State of Oregon (Exhibit B, Complaint, ¶¶ 2-5).[2] Upon information and belief, Seabright Insurance Company is incorporated in the State of Illinois, with its principal place of business in the State of Washington. Upon information and belief, SeaRiver Maritime, Inc. is a foreign corporation, with its principle place of business in the State of Texas. Accordingly, there is complete diversity among the parties, and removal is proper under 28 U.S.C. §1332(a)(1).

10. Counsel for both Seabright Insurance Company and SeaRiver Maritime, Inc. have been notified of this removal and both have given their verbal consent and authority to remove this case, and will be filing their consents and joinders in the removal along with their entries of appearances.

---

[2] Defendants OHSU Medical Group, University Medical Group, Inc. and Oregon Health Sciences University Medical Group also have their principal places of business within the State of Oregon.

NOTICE OF REMOVAL
*Carey v. Bardana, et al.*, Case No.: 3-10-cv-_____
Page 5 of 8

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

11. The United States District Court for the District of Alaska includes the place where the state court action is pending and, thus, venue is proper pursuant to 28 U.S.C. §1391.

## THE OTHER REMOVAL PREREQUISITES HAVE BEEN SATISFIED

12. As required by 28 U.S.C. §1446(a), the Certification of State Court Record being filed concurrently with this Notice of Removal includes copies of all process, pleadings, and orders in the possession of the Removing Defendants in the removed case.

13. Pursuant to 28 U.S.C. §1446(d), a copy of this Notice of Removal is being filed with the clerk of the Superior Court for the State of Alaska, First Judicial District at Juneau.

14. Pursuant to 28 U.S.C. §1446(d), the Removing Defendants are providing written notice to Plaintiff.

15. The prerequisites for removal under 28 U.S.C. §1441 have been met.

16. The allegations contained in this Notice of Removal are true and correct and within the jurisdiction of the United States District Court for the District of Alaska.

17. If any question arises as to the propriety of the removal of this action, the Removing Defendants request to opportunity to present a brief oral argument in support of its position that this case is removable.

NOTICE OF REMOVAL
*Carey v. Bardana, et al., Case No.: 3-10-cv-_____*
Page 6 of 8
Case 1:10-cv-00001-JWS   Document 3   Filed 03/01/10   Page 6 of 8

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

WHEREFORE the Removing Defendants hereby remove the action now pending against them in the Superior Court for the State of Alaska, First Judicial District at Juneau to this Honorable Court, and request this Court retain jurisdiction for all further proceedings.

DATED this 26th day of February, 2010, at Anchorage, Alaska.

_____
Matthew K. Peterson, #8006038
Monique R. Renner, #0311058
CLAPP, PETERSON, VAN FLEIN,
  TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, AK 99501
Telephone: (907) 272-9272
Facsimile: (907) 272-9586
E-mail: usdc-anch-ntc@cplawak.com

Attorneys for Defendants Emil Bardana, Jr., MD, Brent Burton, MD, Donna Wicher, PhD, PC, Oregon Health and Science University, OHSU Medical Group, University Medical Group, Inc., and Oregon Health Sciences University Medical Group

NOTICE OF REMOVAL
*Carey v. Bardana, et al.*, Case No.: 3-10-cv-_____
Page 7 of 8
Case 1:10-cv-00001-JWS   Document 3   Filed 03/01/10   Page 7 of 8

Certificate of Service:

I hereby certify that on this 26 day of February, 2010, a copy of the foregoing was served via __X__ mail ____ hand-delivery ____ fax upon:

Betty G. Carey
P.O. Box 34112
Juneau, AK 99803-4112

Mark L. Figura, Esq.
Rose & Figura
1207 W. 8th Avenue
Anchorage, AK 99501

Randall J. Weddle, Esq.
Holmes Weddle & Barcott, PC
701 W. 8th Avenue, Suite 700
Anchorage, AK 99501

*[signature]*

NOTICE OF REMOVAL
*Carey v. Bardana, et al., Case No.: 3-10-cv-_____*
Page 8 of 8

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586