Betty Carey
P. O. Box 34112
Juneau AK 99803-4112
Phone: 907-789-5947
Plaintiff, pro se

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FIRST JUDICIAL DISTRICT AT JUNEAU

BETTY G. CAREY,

    Plaintiff,

vs.

EMIL BARDANA JR, MD; BRENT BURTON, MD; DONNA WICHER, PHD, PC; OREGON HEALTH AND SCIENCE UNIVERSITY; OHSU MEDICAL GROUP; UNIVERSITY MEDICAL GROUP, INC.; OREGON HEALTH SCIENCES UNIVERSITY MEDICAL GROUP; SEABRIGHT INSURANCE COMPANY; SeaRiver MARITIME, INC.; JOHN/JANE/ENTITY DOE(S), (1-100)

    Defendants.

Case No. 1JU-10-411 Civil

FIRST AMMENDED COMPLAINT:

COMES NOW, Betty G. Carey, Claimant *pro se*, and hereby files this claim against the defendants and in support thereof states and alleges as follows:

    The amount in dispute is over $100,000.00.

    Plaintiff was employed as an oil recovery technician working on the Exxon Valdez oil spill cleanup in 1989. SeaRiver Maritime, Inc. is the owner of the SeaRiver Mediterranean, a renamed ship which was the Exxon Valdez at the time of its oil spill disaster on March 24, 1989.

1) The Plaintiff is a resident of Juneau Alaska.
2) Defendant number one is Dr. Emil Bardana, Jr., M.D., (Dr. Bardana), and he is a physician licensed to practice medicine in the state of Oregon, and for times material to this case practiced in Portland Oregon at Oregon Health and Science University, (OHSU). He is an Immunologist.
3) Defendant number two is Dr. Brent Burton, MD, (Dr. Burton), and he is a physician licensed to practice medicine in the state of Oregon, and regularly engages in the practice of medicine in Portland Oregon at OHSU. His self-reported specialty is

Betty G. Carey
P.O. Box 34112
Juneau AK 99803-4112
Phone: 907-789-5947
Plaintiff, pro se

Occupational Medicine. Additionally he is licensed in the state of Utah as a medical doctor.

4) The third defendant is Donna Wicher, PHD, PC, wife of Dr. Brent Burton, licensed in the state of Oregon and practicing psychology at 1865 Northwest 169th Place Beaverton, OR 97006-7310.

5) The fourth Defendant is Oregon Health and Science University, (OHSU) and is engaged in the practice of medicine in the state of Oregon by and through Drs. Bardana and Burton, MDs located at: OHSU, 3181 S.W. Sam Jackson Park Rd., Portland, Oregon 97239-3098.

6) On or about February 5, 2008 through February 9, 2008 at the order from a Worker's Compensation insurance company, Plaintiff underwent a series of medical and psychological exams at the insurance company's designated medical facilities with their designated doctors in and around Portland Oregon.

7) Emil Bardana Jr., MD, was employed by OHSU on or about February 6, 2008.

8) On or about February 5, 2008 Donna Wicher, PHD, PC became angry and abruptly left the presence of Plaintiff after approximately less than an hour of test preparation and conversation with the plaintiff, and then delegated the rest of the multi-day testing to a technician.

Original Complaint

Betty G. Carey
P.O. Box 34112
Juneau AK 99803-4112
Phone: 907-789-5947
Plaintiff, pro se

9) On or about February 6, 2008, Dr. Bardana provided medical services in the form of an Independent Medical Evaluation, (an Employer's hired doctor's medical evaluation as per AS 23.30.095) to the plaintiff in Portland Oregon. During the Independent Medical Evaluation, (IME), on February 6, 2008, Dr. Bardana was acting as an agent/employee of Seabright Insurance Company and was performing an Independent Medical Exam service for Workers' Compensation to the plaintiff within the scope of that agency/employment.

10) On or about February 6, 2008, at the beginning of the exam Dr. Bardana handed Plaintiff a consent form and coerced her into signing it by telling her that she had to sign it or he would not continue with the exam and she would have to go home, hence a wasted trip after having traveled from Alaska and potential legal consequences detrimental to the plaintiff.

11) On or about February 6, 2008 IME, Dr. Bardana reached into a cabinet within his private exam room and obtained a very large, approximately 40 ounce capacity paper cup and then left the room so that he was out of plaintiff's sight. When he returned, the cup contained a clear liquid, and Dr. Bardana indicated that there was water in the cup and that Plaintiff should drink it, and he handed it to Plaintiff. The water did not come from a sealed container and it was drawn from an unknown source away from sight, and may have contained toxins/poisons. After drinking a portion of the water plaintiff mentioned to Dr. Bardana and Dr. Burton that she felt nauseous and experienced abdominal pain.

Original Complaint

Page 3 of 7

EXHIBIT B
PAGE 3 OF 7

Betty G. Carey
P.O. Box 34112
Juneau AK 99803-4112
Phone: 907-789-5947
Plaintiff, pro se

12) During the plaintiff's IME on or about February 6, 2008 Dr. Emil Bardana, Jr, M.D., was negligent or intentionally gave the plaintiff an unknown substance which caused severe physical injury, conscious pain and suffering to the plaintiff.

13) During the plaintiff's IME on February 6, 2008 Dr. Emil Bardana, Jr., MD owed a duty to the plaintiff to perform the medical evaluation and associated procedures within an acceptable standard of medical care within the medical community. Dr. Emil Bardana, Jr., M.D., breached the standard of care by providing a liquid that may have contained toxins causing the plaintiff physical/mental injury, pain and suffering.

14) This is a direct and proximate result of a breach of the applicable standard of medical care by Dr. Emil Bardana which resulted in toxic of the plaintiff. The plaintiff suffered exposure to toxic substances. The plaintiff:
   a. Suffered conscious pain and suffering in the past and will suffer conscious pain and suffering into the future.
   b. Incurred medical expense in the past and will incur medical expense in the future.
   c. Suffered mental anguish.
   d. Suffered permanent physical injury and disfigurement.
   e. Was required to undergo additional medical procedures and has sustained other damages.

15) Injuries and damages sustained by the plaintiff for the times material to the IME process were the direct and proximate result of the negligent action of Dr. Emil Bardana, Jr., M.D., and Dr. Brent Burton, MD, and OHSU without any act or omission on the part of the plaintiff directly thereunto contributing.

Original Complaint

Page 4 of 7

EXHIBIT B
PAGE 4 OF 7

Case 1:10-cv-00001-JWS   Document 3-3   Filed 03/01/10   Page 4 of 7

Betty G. Carey
P.O. Box 34112
Juneau AK 99803-4112
Phone: 907-789-5947
Plaintiff, pro se

16) The plaintiff did not assume the risk of her injury.

### COUNT I, (Negligence-Medical Malpractice)

1. The plaintiff re-alleges and incorporates by reference herein all of the allegations contained in paragraphs one through sixteen above.

2. Dr. Emil Bardana, Jr., M.D., deviated from the acceptable standard of medical care during the Independent Medical Examination he presided over and performed on the plaintiff on or about February 6, 2008. This deviation caused harm and damage to the plaintiff.

### COUNT II, (NEGLIGENCE- Medical Malpractice via Agency)

1. The plaintiff re-alleges and incorporates by reference herein all of the allegations contained in paragraphs one through sixteen above.

2. At the time of the independent medical examinations performed on the Plaintiff on or about February 2008 by Dr. Emil Bardana and Dr. Brent Burton and Dr. Donna Wicher the doctors were acting individually and in concert while acting within the scope of their employment, by and through OHSU as agent and with the insurance company, Seabright Insurance Company and their heirs/agents and/or representatives.

### COUNT III, (NEGLIGENCE/INFORMED CONSENT)

1. The plaintiff re-alleges and incorporates by reference herein all of the allegations contained in paragraphs one through sixteen above.

2. The risks were not disclosed in a reasonable manner.

Original Complaint

EXHIBIT B
PAGE 5 OF 7

Betty G. Carey
P.O. Box 34112
Juneau AK 99803-4112
Phone: 907-789-5947
Plaintiff, pro se

3. Plaintiff would not have agreed to undergo independent medical exams if she had known of the health consequences.

### COUNT III, (GROSS NEGLEGENCE AND WONTON DISREGARD)

1. The plaintiff re-alleges and incorporates by reference herein all of the allegations contained in paragraphs one through sixteen above.
2. Dr. Bardana, Dr. Burton, and Dr. Wicher operated with wonton disregard for the professional and ethical code of conduct and law that would have protected the plaintiff if they had not acted in such a reckless manner by causing duress and personal injury during the examinations that occurred on or about February 5, 2008 through February 9, 2008.

**WHEREFORE:** Claimant requests that these matters be heard by a JURY. The Plaintiff claims damages against Emil Bardana, Jr., MD; Brent Burton, MD; Oregon Health and Science University; Seabright Insurance Company; and John / Jane/Entity Doe(s) 1-100 in an amount to be determined at trial, plus costs, and for any further relief that this honorable court determines necessary and appropriate.

Respectfully submitted on the 10th (BC) day of February, 2010 by:

Betty Carey

Betty Carey
P.O. Box 34112
Juneau AK 99803-4112
907-789-5947

Original Complaint

EXHIBIT B
PAGE 6 OF 7

Betty Carey
P.O. Box 34112
Juneau AK 99804-4112
Plaintiff, pro se

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of February, 2010, I have deposited the foregoing FIRST AMMENDED COMPLAINT in the U.S. mail, mailed certified return receipt, with postage pre-paid to the following:

Dr. Emil Bardana Jr. M.D., c/o OHSU, Risk Management L328, 3181 S.W. Sam Jackson Park Rd., Portland Oregon, 97239-3098; Phone: 503-494-8311

Dr. Brent Burton, M.D.; c/o OHSU, Risk Management L328, 3181 S.W. Sam Jackson Park Rd., Portland Oregon, 97239-3098; Phone: 503-494-8311

OHSU: c/o OHSU, Risk Management L328, 3181 S.W. Sam Jackson Park Rd., Portland Oregon, 97239-3098; Phone: 503-494-8311

Donna Wicher, PHD, P.C.: 1865 Northwest 169th Place, Suite 201, Beaverton OR 97006-7310

Seabright Insurance Company: 4300 "B" Street, Suite 304, Anchorage AK, 99503

OHSU MEDICAL GROUP: 2241 Lloyd Ctr Portland, OR 97232; (503) 494-8417

OREGON HEALTH SCIENCES UNIVERSITY MEDICAL GROUP: c/o OHSU, Risk Management L328, 3181 S.W. Sam Jackson Park Rd.; Portland Oregon, 97239-3098; Phone: 503-494-8311

UNIVERSITY MEDICAL GROUP, INC.: c/o OHSU, Risk Management L328, 3181 S.W. Sam Jackson Park Rd., Portland Oregon, 97239-3098; Phone: 503-494-8311

SeaRiver Maritime, Inc.: Registered Agent Corporation Company, 9360 Glacier Hwy, Suite #202, Juneau AK, 99801

*Betty Carey*
Betty Carey
P.O. Box 34112
Juneau AK 99804-4112
Plaintiff, pro se