Matthew K. Peterson
Monique R. Renner
Clapp, Peterson, Van Flein,
   Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, AK 99501
(907) 272-9272 – phone
(907) 272-9586 – fax
usdc-anch-ntc@cplawak.com
Attorneys for Defendants Emil Bardana, Jr., MD, Brent Burton, MD, Sonna Wicher, PhD, PC, Oregon Health and Science University, OHSU Medical Group, University Medical Group, Inc., and Oregon Health Sciences University Medical Group

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BETTY G. CAREY,<br><br>        Plaintiff,<br><br>vs.<br><br>EMIL BARDANA, JR., MD; BRENT BURTON, MD; DONNA WICHER, PhD, PC; OREGON HEALTH AND SCIENCE UNIVERSITY; OHSU MEDICAL GROUP; UNIVERSITY MEDICAL GROUP, INC.; OREGON HEALTH SCIENCES UNIVERSITY MEDICAL GROUP; SEABRIGHT INSURANCE COMPANY; SEARIVER MARITIME, INC.; JOHN/JANE/ ENTITY/DOE(S) (1-100);<br><br>        Defendants. | Civil Action No.: 3-10-cv-_____<br><br>**CERTIFICATE OF FILING NOTICE OF REMOVAL** |

CERTIFICATE OF FILING NOTICE OF REMOVAL
*Carey v. Bardana, et al.,* Case No.: 3-10-cv-_____
Page 1 of 3

The undersigned attorneys for Defendants Emil Bardana, Jr., MD, Brent Burton, MD, Donna Wicher, PhD, PC, Oregon Health and Science University, OHSU Medical Group, University Medical Group, Inc. and Oregon Health Sciences University Medical Group ("Removing Defendants") in the above-entitled action certifies that on February 26, 2010, the Removing Defendants filed with the Clerk of the Superior Court for the State of Alaska, First Judicial District at Juneau, a Notice of Removal. A copy of the Notice of Removal (without attachments) which was originally filed in state court is attached to this Certificate.

DATED this ____ day of February, 2010, at Anchorage, Alaska.

Matthew K. Peterson, #8006038
Monique R. Renner, #0311058
CLAPP, PETERSON, VAN FLEIN,
 TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, AK 99501
Telephone: (907) 272-9272
Facsimile: (907) 272-9586
E-mail: usdc-anch-ntc@cplawak.com

Attorneys for Defendants Emil
Bardana, Jr., MD, Brent Burton, MD,
Donna Wicher, PhD, PC, Oregon Health
and Science University, OHSU Medical
Group, University Medical Group, Inc.,
and Oregon Health Sciences University
Medical Group

CERTIFICATE OF FILING NOTICE OF REMOVAL
*Carey v. Bardana, et al.*, Case No.: 3-10-cv-_____
Page 2 of 3

Certificate of Service:

I hereby certify that on this 26 day of February, 2010, a copy of the foregoing was served via  X  mail ____ hand-delivery ____ fax upon:

Betty G. Carey
P.O. Box 34112
Juneau, AK 99803-4112

Mark L. Figura, Esq.
Rose & Figura
1207 W. 8th Avenue
Anchorage, AK 99501

Randall J. Weddle, Esq.
Holmes Weddle & Barcott, PC
701 W. 8th Avenue, Suite 700
Anchorage, AK 99501

_____

CERTIFICATE OF FILING NOTICE OF REMOVAL
*Carey v. Bardana, et al.*, Case No.: 3-10-cv-_____
Page 3 of 3

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586