# Clapp · Peterson
## Van Flein · Tiemessen · Thorsness
### LLC

**Invoice submitted to:**

CNA Insurance Companies
via COLLABORATI / TEAM
CONNECTION (Not in System
2/11/10)
Attn; Brian Boe

April 21, 2010

**In Reference To:**    Carey v. Burton
Case No. 1JU-190-411 CI

**Invoice No.**    30374

EXHIBIT _A_
PAGE _/_ OF _26_

Additional Charges :

| Date | | Description | Qty | |
|------|------|-------------|-----|------|
| | | | Qty | |
| 2/22/2010 | EXP | Copies @ $0.07 | 640 | 44.80 |
| 2/26/2010 | EXP | Reliable Transfer- Invoice 08500.001 State court file (Juneau) for removal (CK #29506) | 1 | 26.91 |
| | EXP | Clerk of Court- Filing Fee: Removal to USDC (CK #29503) | 1 | 350.00 |
| | Total costs | | | $421.71 |
| | Total payments and adjustments to taxes | | | $140.61 |

EXHIBIT _A_
PAGE _2_ OF _26_

## CLAPP · PETERSON
## VAN FLEIN · TIEMESSEN · THORSNESS
—— LLC ——

**Invoice submitted to:**

CNA - Collaborati
Attn: Brian Boe

July 12, 2010

**In Reference To:**     Carey v. Burton
Case No. 1JU-190-411 CI
Our File No. 647-1086

**Invoice No.**     30726

EXHIBIT  *A*
PAGE  3  OF  26

711 H Street, Suite 620 • Anchorage, Alaska 99501-3454
phone • 907-272-9272    email • anch@cplawak.com    fax • 907-272-9586
TIN: 92-0154709

CNA - Collaborati

Additional Charges :

| | | Qty | Amount |
|---|---|---|---|
| 3/15/2010 YBR | Copies @ $0.07 | 697 | 48.79 |
| 4/26/2010 EXP | PACER Service Center- USDC records 2/26 J. West; 3/1 S. Slack (EFT) | 1 | 8.96 |
| EXP | Motznik Information Services Inc- Public Records Research 3/3 J. Wilkes (CK #29688) | 1 | 10.22 |
| EXP | Public Knowledge Systems LLC- Public Records Research 3/3 J. Wilkes (CK #29689) | 1 | 12.00 |
| 5/21/2010 EXP | Copies @ $0.07 | 2004 | 140.28 |

Total costs     $220.25
Total payments and adjustments to taxes     $73.45

EXHIBIT 4
PAGE 4 OF 26

**Invoice submitted to:**

CNA - Collaborati
Attn: Brian Boe

July 28, 2010

**In Reference To:**    Carey v. Burton
Case No. 1JU-190-411 CI
Our File No. 647-1086
Claim No. HM143805

**Invoice No.**    30866

EXHIBIT *A*
PAGE 5 OF 26

CNA - Collaborati

| | Qty | |
|---|---|---|
| 6/25/2010 EXP   Copies @ $0.07 | 211 | 14.77 |
| Total costs | | $14.77 |
| Total payments and adjustments to taxes | | $4.93 |

EXHIBIT   A
PAGE   6   OF 26

# CLAPP · PETERSON
## VAN FLEIN · TIEMESSEN · THORSNESS
—— LLC ——

**Invoice submitted to:**

CNA - Collaborati
Attn: Brian Boe

September 30, 2010

**In Reference To:**     Carey v. Burton
Case No. 1JU-190-411 CI
Our File No. 647-1086
Claim No. HM143805

**Invoice No.**     31074

EXHIBIT  A
PAGE  7  OF  2L

711 H Street, Suite 620 ● Anchorage, Alaska 99501-3454
phone ● 907-272-9272     email ● anch@cplawak.com     fax ● 907-272-9586
TIN: 92-0154709

Additional Charges :

| | | Qty | |
|---|---|---|---|
| 8/16/2010 EXP | PACER Service Center- USDC Records 4/22 (J. Wilkes) (EFT) | 1 | 0.40 |
| 8/26/2010 EXP | Copies @ $0.07 | 115 | 8.05 |
| | Total costs | | $8.45 |
| | Total payments and adjustments to taxes | | $2.83 |

EXHIBIT  A
PAGE  8  OF 26

## CLAPP • PETERSON
## VAN FLEIN • TIEMESSEN • THORSNESS
——————— LLC ———————

**Invoice submitted to:**

Oregon Health Sciences University
Attn: Lori Davis
via e-mail
davilori@ohsu.edu

April 21, 2010

**In Reference To:**     Carey v. Burton, et al. (OHSU)
                         Our File No. 647-1086A

**Invoice No.**          30376

EXHIBIT _A_
PAGE _9_ OF _26_

711 H Street, Suite 620 • Anchorage, Alaska 99501-3454
phone • 907-272-9272    email • anch@cplawak.com    fax • 907-272-9586
TIN: 92-0154709

Oregon Health Sciences University

| | | | Qty | |
|---|---|---|---|---|
| 2/22/2010 EXP | Copies @ $0.07 | | 640 | 44.80 |
| 2/26/2010 EXP | Reliable Transfer- Invoice 08500.001 State court file (Juneau) for removal (CK #29506) | | 1 | 26.91 |
| EXP | Clerk of Court- Filing Fee: Removal to USDC (CK #29503) | | 1 | 350.00 |
| | Total costs | | | $421.71 |
| | Total payments and adjustments to taxes | | | $140.55 |

EXHIBIT   A
PAGE  10  OF 26

## CLAPP · PETERSON
## VAN FLEIN · TIEMESSEN · THORSNESS
—— LLC ——

**Invoice submitted to:**

Oregon Health Sciences University

Attn: Lori Davis
via e-mai
davilori@ohsu.edu

July 12, 2010

**In Reference To:**  Carey v. Burton, et al. (OHSU)
Our File No. 647-1086A

**Invoice No.**  30728

Your responsibility of the split charges

EXHIBIT A
PAGE 11 OF 26

711 H Street, Suite 620 ● Anchorage, Alaska 99501-3454
phone ● 907-272-9272   email ● anch@cplawak.com   fax ● 907-272-9586
TIN: 92-0154709

Oregon Health Sciences University

You are responsible for 33.33% of the bill:

| | | | Qty | Amount |
|---|---|---|---|---|
| 3/15/2010 YBR | Copies @ $0.07 | | 697 | 48.79 |
| 4/26/2010 EXP | PACER Service Center- USDC records 2/26 J. West; 3/1 S. Slack (EFT) | | 1 | 8.96 |
| | EXP | Motznik Information Services Inc- Public Records Research 3/3 J. Wilkes (CK #29688) | 1 | 10.22 |
| | EXP | Public Knowledge Systems LLC- Public Records Research 3/3 J. Wilkes (CK #29689) | 1 | 12.00 |
| 5/21/2010 EXP | Copies @ $0.07 | | 2004 | 140.28 |

Total costs          $220.25
Total payments and adjustments to taxes      $73.40

EXHIBIT __A__
PAGE _12_ OF _26_

## CLAPP · PETERSON
## VAN FLEIN · TIEMESSEN · THORSNESS
—— LLC ——

**Invoice submitted to:**

Oregon Health Sciences University

Attn: Lori Davis
via e-mai
davilori@ohsu.edu

July 28, 2010

**In Reference To:**     Carey v. Burton, et al. (OHSU)
Our File No. 647-1086A

**Invoice No.**     30875

Your responsibility of the split charges

EXHIBIT A
PAGE 13 OF 26

711 H Street, Suite 620 ● Anchorage, Alaska 99501-3454
phone ● 907-272-9272    email ● anch@cplawak.com    fax ● 907-272-9586
TIN: 92-0154709

| | Qty | |
|---|---|---|
| 6/25/2010 EXP   Copies @ $0.07 | 211 | 14.77 |

Total costs $14.77
Total payments and adjustments to taxes $4.92

CLAPP • PETERSON
VAN FLEIN • TIEMESSEN • THORSNESS
——— LLC ———

**Invoice submitted to:**

Oregon Health Sciences University

Attn: Lori Davis
via e-mai
davilori@ohsu.edu

September 30, 2010

**In Reference To:**     Carey v. Burton, et al. (OHSU)
Our File No. 647-1086A

**Invoice No.**     31076
    Your responsibility of the split charges

EXHIBIT 4
PAGE 15 OF 26

711 H Street, Suite 620 • Anchorage, Alaska 99501-3454
phone • 907-272-9272   email • anch@cplawak.com   fax • 907-272-9586
TIN: 92-0154709

Oregon Health Sciences University

|  |  | Qty |  |
|---|---|---|---|
| 8/16/2010 EXP | PACER Service Center- USDC Records 4/22 (J. Wilkes) (EFT) | 1 | 0.13 |
| 8/26/2010 EXP | Copies @ $0.07 | 115 | 2.68 |
|  | Total costs |  | $2.81 |

EXHIBIT A
PAGE 16 OF 26

# CLAPP • PETERSON
## VAN FLEIN • TIEMESSEN • THORSNESS
—— LLC ——

**Invoice submitted to:**

ACE Group
Attn: Stefanie Milch
via e-mail
stefanie.milch@acegroup.com

April 21, 2010

**In Reference To:**     Carey v. Burton, et al. (ACE Defendants)
Our File No. 647-1086B

**Invoice No.**          30375

Your responsibility of the split charges

EXHIBIT A
PAGE 17 OF 26

ACE Group

| | | | Qty | |
|---|---|---|---|---|
| | | | 640 | 44.80 |
| 2/22/2010 | EXP | Copies @ $0.07 | 1 | 26.91 |
| 2/26/2010 | EXP | Reliable Transfer- Invoice 08500.001 State court file (Juneau) for removal (CK #29506) | | |
| | EXP | Clerk of Court- Filing Fee: Removal to USDC (CK #29503) | 1 | 350.00 |
| | Total costs | | | $421.71 |
| | Total payments and adjustments to taxes | | | $140.55 |

EXHIBIT 4
PAGE 18 OF 26

# CLAPP · PETERSON
## VAN FLEIN · TIEMESSEN · THORSNESS
#### LLC

**Invoice submitted to:**

ACE Group
VIA ADVOCATOR SYSTEM

July 12, 2010

**In Reference To:**     Carey v. Burton, et al. (ACE Defendants)
                       Our File No. 647-1086B

**Invoice No.**     30727

       Your responsibility of the split charges

711 H Street, Suite 620 ● Anchorage, Alaska 99501-3454
phone ● 907-272-9272    email ● anch@cplawak.com    fax ● 907-272-9586
TIN: 92-0154709

EXHIBIT 4
PAGE 19 OF 26

ACE Group

| | | | Qty | Amount |
|---|---|---|---|---|
| | | | 697 | 48.79 |
| 3/15/2010 | YBR | Copies @ $0.07 | 1 | 8.96 |
| 4/26/2010 | EXP | PACER Service Center- USDC records 2/26 J. West; 3/1 S. Slack (EFT) | 1 | 10.22 |
| | EXP | Motznik Information Services Inc- Public Records Research 3/3 J. Wilkes (CK #29688) | 1 | 12.00 |
| | EXP | Public Knowledge Systems LLC- Public Records Research 3/3 J. Wilkes (CK #29689) | 2004 | 140.28 |
| 5/21/2010 | EXP | Copies @ $0.07 | | |

Total costs $220.25
Total payments and adjustments to taxes $73.40

## Clapp • Peterson
## Van Flein • Tiemessen • Thorsness
— LLC —

**Invoice submitted to:**

ACE Group
VIA ADVOCATOR SYSTEM

July 28, 2010

**In Reference To:**   Carey v. Burton, et al. (ACE Defendants)
Our File No. 647-1086B

**Invoice No.**   30874

Your responsibility of the split charges

EXHIBIT _A_
PAGE _21_ OF _26_

711 H Street, Suite 620 • Anchorage, Alaska 99501-3454
phone • 907-272-9272     email • anch@cplawak.com     fax • 907-272-9586
TIN: 92-0154709

ACE Group

|  | Qty |  |
|---|---|---|
| 6/25/2010 EXP   Copies @ $0.07 | 211 | 14.77 |
| Total costs |  | $14.77 |
| Total payments and adjustments to taxes |  | $4.92 |

EXHIBIT 4
PAGE 22 OF 26

# CLAPP · PETERSON
## VAN FLEIN · TIEMESSEN · THORSNESS
### LLC

**Invoice submitted to:**

ACE Group
VIA ADVOCATOR SYSTEM

September 30, 2010

**In Reference To:**   Carey v. Burton, et al. (ACE Defendants)
Our File No. 647-1086B

**Invoice No.**   31075

Your responsibility of the split charges

EXHIBIT *A*
PAGE *23* OF *26*

711 H Street, Suite 620 ● Anchorage, Alaska 99501-3454
phone ● 907-272-9272    email ● anch@cplawak.com    fax ● 907-272-9586
TIN: 92-0154709

| | | Qty | |
|---|---|---|---|
| 8/16/2010 EXP | PACER Service Center- USDC Records 4/22 (J. Wilkes) (EFT) | 1 | 0.40 |
| 8/26/2010 EXP | Copies @ $0.07 | 115 | 8.05 |
| | Total costs | | $8.45 |
| | Total payments and adjustments to taxes | | $2.81 |

EXHIBIT _A_
PAGE _24_ OF _26_

# CLAPP • PETERSON
# VAN FLEIN • TIEMESSEN • THORSNESS
## ——————— LLC ———————

**Invoice submitted to:**

CNA - Collaborati
Attn: Brian Boe

November 03, 2010

**In Reference To:**     Carey v. Burton
Case No. 1JU-190-411 CI
Our File No. 647-1086
Claim No. HM143805

EXHIBT _A_
PAGE _25_ OF _26_

711 H Street, Suite 620 ● Anchorage, Alaska 99501-3454
phone ● 907-272-9272    email ● anch@cplawak.com    fax ● 907-272-9586
TIN: 92-0154709

Additional Charges :

| | | | Qty/Price | |
|---|---|---|---|---|
| 9/15/2010 - | YBR | Copies @ $0.07 | 191<br>0.07 | 13.37 |
| 10/25/2010 - | YBR | PACER - Copies of USDC records 7/23 (J. Wilkes) | 1<br>1.04 | 1.04 |
| | | Total costs | | $14.41 |