UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 23 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| BETTY G. CAREY, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> EMIL BARDANA, Jr., M.D.; et al., <br><br> Defendants - Appellees. | No. 10-35947 <br><br> D.C. No. 1:10-cv-00001-JWS <br> U.S. District Court for Alaska, Juneau <br><br> **ORDER** |

A review of the file in this case reveals that the appellant has failed to perfect the appeal as prescribed by the Federal Rules of Appellate Procedure.

Pursuant to Ninth Circuit Rule 42-1, this appeal is dismissed for failure to respond to the order of this court dated February 18, 2011.

This order served on the district court shall constitute the mandate of this court.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Robert Sansone
Deputy Clerk